Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                          Case No.: 17−35731−RG
                                          Chapter: 13
                                          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jessie Smith
   460 Cordtlandt St
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−7093

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/12/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 12, 2018
JAN: slm

                                                                                                          Jeanne Naughton
                                                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-35731-RG
Jessie Smith                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Dec 12, 2018
                              Form ID: 148             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.
```
db              +Jessie Smith,    460 Cordtlandt St,    Belleville, NJ 07109-3206
517247641       +Bobs Discount furniture,    428 Tolland Turnpike,    Manchester, CT 06042-1765
517247642       +Caine & Wrieinel,    PO Box 5010,    Woodland Hills, CA 91365-5010
517247644       +Central Cenlar Mortgage,    425 Phillips Blvd,    Trenton, NJ 08618-1430
517247646       +Citibank,    388 Greenwich St,    New York, NY 10013-2375
517247647       +Citibank North America,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                  Saint Louis, MO 63179-0040
517247651       +Garden Savings F.c.u.,    129 Littleton Rd,    Parsippany, NJ 07054-1897
517368789       +Lakeview Loan Servicing, LLC,    c/o Cenlar FSB,    425 Phillips Boulevard,
                  Ewing, NJ 08618-1430
517247659        Wells FArgo,    420 Montgomery St,    Attn: Bankruptcy Unit,    Daly City, CA 94014
517247654       +lakeview loan,    c/o cenlar,    425 Phillips Blvd,    Trenton, NJ 08618-1430
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 13 2018 00:51:55      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 13 2018 00:51:53      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517247643       +EDI: CAPITALONE.COM Dec 13 2018 05:30:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                  Salt Lake City, UT 84130-0253
517298518        EDI: CAPITALONE.COM Dec 13 2018 05:30:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
517247645       +EDI: CHASE.COM Dec 13 2018 05:29:00      Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
                  Wilmington, DE 19850-5298
517247648       +EDI: WFNNB.COM Dec 13 2018 05:29:00      Comenitycapital/overst,    Comenity Bank,
                  Po Box 182125,    Columbus, OH 43218-2125
517247649       +EDI: RCSFNBMARIN.COM Dec 13 2018 05:29:00      Credit One,    PO Box 60500,
                  City of Industry, CA 91716-0500
517247650       +EDI: DISCOVER.COM Dec 13 2018 05:29:00      Discover Fin Svcs Llc,    Po Box 15316,
                  Wilmington, DE 19850-5316
517247652       +E-mail/Text: jennifer.macedo@gatewayonelending.com Dec 13 2018 00:51:19      Gateway One Lending,
                  160 N Riverview Dr,    suite 200,    Anaheim, CA 92808-2293
517247653       +E-mail/Text: jennifer.macedo@gatewayonelending.com Dec 13 2018 00:51:19
                  Gateway One Lending & Finance,    160 N Riverview Dr Ste 100,    Anaheim, CA 92808-2293
517881670       +E-mail/Text: camanagement@mtb.com Dec 13 2018 00:51:35      Lakeview Loan Servicing LLC,
                  c/o M&T Bank,    P.O. Box 840,    Buffalo, NY. 14240-0840,    Lakeview Loan Servicing LLC,
                  c/o M&T Bank 14240-0840
517881669        E-mail/Text: camanagement@mtb.com Dec 13 2018 00:51:35      Lakeview Loan Servicing LLC,
                  c/o M&T Bank,    P.O. Box 840,    Buffalo, NY. 14240-0840
517247655       +EDI: MID8.COM Dec 13 2018 05:29:00      Midland Funding,    8875 Aero Dr Ste 200,
                  San Diego, CA 92123-2255
517350791       +EDI: MID8.COM Dec 13 2018 05:29:00      Midland Funding LLC,    PO Box 2011,
                  Warren MI 48090-2011
517262709        EDI: PRA.COM Dec 13 2018 05:28:00      Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517247656       +EDI: RESURGENT.COM Dec 13 2018 05:29:00      PYOD,   resurgent capital services,    po box 19008,
                  Greenville, SC 29602-9008
517368804       +EDI: RESURGENT.COM Dec 13 2018 05:29:00      PYOD, LLC its successors and assigns as assignee,
                  of Citibank, N.A.,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
517366168       +EDI: RESURGENT.COM Dec 13 2018 05:29:00      PYOD, LLC its successors and assigns as assignee,
                  of FNBM, LLC,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
517248884       +EDI: RMSC.COM Dec 13 2018 05:30:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
517247657       +EDI: RMSC.COM Dec 13 2018 05:30:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy,
                  Po Box 956060,    Orlando, FL 32896-0001
517247658       +EDI: RMSC.COM Dec 13 2018 05:30:00      Synchrony Bank/Select Comfort,    Attn: Bankruptcy,
                  Po Box 956060,    Orlando, FL 32896-0001
517247661       +EDI: WFFC.COM Dec 13 2018 05:29:00      WFFNB/Bobs Discount Furniture,    Po Box 10438,
                  Des Moines, IA 50306-0438
517247660       +EDI: WFFC.COM Dec 13 2018 05:29:00      Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,
                  Des Moines, IA 50306-0438
517308872        EDI: WFFC.COM Dec 13 2018 05:29:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                  Des Moines, IA  50306-0438
                                                                                               TOTAL: 24
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Dec 12, 2018
                              Form ID: 148             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2018 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor    Lakeview Loan Servicing, LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          David Jerome Witherspoon     on behalf of Debtor Jessie   Smith daveslaw321@gmail.com,
           prissycatina@yahoo.com
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Melissa S DiCerbo    on behalf of Creditor    Lakeview Loan Servicing, LLC nj-ecfmail@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Mina M Beshara    on behalf of Creditor    Lakeview Loan Servicing, LLC nj-ecfmail@mwc-law.com
          Rebecca Ann Solarz    on behalf of Creditor    Lakeview Loan Servicing LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```